IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| PATSY A. DOMBROWSKI,<br><br>      Plaintiff,<br><br>  vs.<br><br>WESTERN SECURITY BANK, WAL MART<br>MIKE RAY, SECURITY GUARDS at the<br>SSA FED. B.,<br><br>      Defendants. | Cause No. CV 06-47-BLG-RWA<br><br>**FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

On September 11, 2006, the Court granted plaintiff's application to proceed *in forma pauperis* in this action. The Court did not order the complaint served, however, because it was unclear from the face of the pleading whether plaintiff had stated a claim upon which relief could be granted or whether she had invoked the subject matter jurisdiction of the federal court. The Court directed plaintiff to file a supplement to the complaint addressing these issues. The Court advised plaintiff that failure to comply with the order would result in a recommendation that the case be dismissed.

To date, plaintiff has failed to file a supplement as ordered or to otherwise communicate with the Court. Consequently, the undersigned United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), **RECOMMENDS** that the complaint in this action be

dismissed for (a) failure to state a claim, (b) lack of subject matter jurisdiction, and (c) plaintiff's failure to comply with court orders.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b), Fed.R.Civ.P., plaintiff may file written objections to this recommendation within 10 days of receipt thereof or objection is waived.

The Clerk of Court shall forthwith forward a copy of this recommendation to plaintiff at her last known address.

DONE and DATED this ___19th___ day of October, 2006.

/s/ Richard W. Anderson
RICHARD W. ANDERSON
UNITED STATES MAGISTRATE JUDGE