IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | | |
|---|---|---|
| PATSY A. DOMBROWSKI, | ) | CV-06-47-BLG-RFC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER ADOPTING FINDINGS |
| | ) | AND RECOMMENDATIONS OF |
| WESTERN SECURITY BANK, WAL | ) | U.S. MAGISTRATE JUDGE |
| MART, MIKE RAY, SECURITY | ) | |
| GUARDS at the SSA FED. B., | ) | |
| | ) | |
| Defendants. | ) | |

On October 19, 2006, United States Magistrate Judge Richard W. Anderson entered his Findings and Recommendation. Magistrate Judge Anderson recommends the complaint in this action be dismissed for (a) failure to state a claim, (b) lack of subject matter jurisdiction, and (c) plaintiff's failure to comply with Court orders.

Upon service of a magistrate judge's findings and recommendation, a party has 10 days to file written objections. 28 U.S.C. § 636(b)(1). In this matter, no party filed objections to the October 19, 2006 Findings and Recommendation. Failure to object to a magistrate judge's findings and recommendation waives all objections to the findings of fact. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1999). However, failure to object does not relieve this Court of its burden to review de novo the magistrate judge's conclusions of law. *Barilla v. Ervin*, 886 F.2d 1514, 1518 (9th Cir. 1989).

1

After an extensive review of the record and applicable law, this Court finds Magistrate Judge Anderson's Findings and Recommendation are well grounded in law and fact and adopts them in their entirety.

For the foregoing reasons, **IT IS HEREBY ORDERED** Plaintiff's complaint (*Doc. 1*) is **DISMISSED**.

The Clerk of Court shall notify the parties of the making of this Order and close this case accordingly.

DATED the 15th day of November, 2006.

/s/ Richard F. Cebull_____
RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE